**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Travelers Casualty and Surety Company of America,<br><br>Plaintiff,<br><br>v.<br><br>Chamley Pipe & Salvage, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br>Case No. 1:26-cv-212 |

---

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 22, 2027, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 7th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court